**Order entered February 28, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00627-CR

**DEON REESE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1228191-U**

## ORDER

The Court **ORDERS** Peri Wood, official court reporter of the 291st Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 114 and 115, DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE